AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**BRENT G. TRIMBELL,**<br><br>Defendant. | )<br>)<br>)   Case No.   3:25-mj-216 (MJK)<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 2025 and June 2025 in the county of Delaware in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual exploitation of a child |

This criminal complaint is based on these facts:
See attached affidavit.

☒   Continued on the attached sheet.

TFO *[signature]*

*Complainant's signature*

Michelle C. Crandall, FBI TFO

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   July 28, 2025

*Judge's signature*

City and State:   Syracuse, New York       Hon. Mitchell J. Katz, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, MICHELLE C. CRANDALL, being duly sworn, deposes and states:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of criminal complaint charging Brent G. Trimbell with sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a).

2. I am an investigator with the Rotterdam Police Department and Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been employed by the Rotterdam Police Department since July 2013 and a TFO with the FBI since November 2018. I am assigned full-time to the Albany Division, Albany, N.Y. I have investigated a variety of violent crimes including child sexual exploitation. I have received training in child sexual exploitation investigations and have observed and reviewed numerous examples of child pornography in all forms of media including computer media. My investigative experience includes interviewing victims and witnesses, as well as conducting searches of physical locations, social media, and electronic devices pursuant to court order or consent.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.

### PROBABLE CAUSE

4. On June 17, 2025, the Delaware County Sheriff's Office ("DCSO") interviewed Brent G. Trimbell (DOB: XX/XX/1981) concerning allegations of sexual abuse. That interview was audio and video recorded, and the defendant was provided *Miranda* warnings and agreed to speak to investigators. In sum and substance and as relevant to this application for a criminal complaint, Trimbell admitted the following:

a. He had sexually explicit communications on various applications with Minor Victim 1 ("MV1") (a minor female known to Trimbell and law enforcement).

b. He received sexually explicit images and videos of MV1 depicting her breasts, vagina, and masturbation. He sent numerous sexually explicit images and videos to MV1 depicting his penis and him masturbating.

c. He had sexual contact with MV1 on at least three occasions, including subjecting MV1 to mouth to penis contact and digital penetration of MV1's vagina by the defendant.

5. Communications recovered from MV1's cellphone confirm instances where Trimbell requested sexually explicit content from MV1, with messaging reflecting he received/viewed it, they discussed sexual activity, and Trimbell encouraged MV1 to both send him explicit content and to engage in sex acts with him.

6. While executing a federal search warrant concerning Trimbell's cellphone, investigators identified an initial screen shot of a video file that depicts MV1 engaged in masturbation. MV1 confirmed what is depicted in the video, that she sent it to Trimbell using a social media messaging application, and that she created the video at his specific request after he repeatedly persuaded her to do so.

7. I know from training and experience that video files created on cellphones and shared over social media applications have been actually transported or transmitted in and affecting interstate commerce because such transmission on a social media application requires a cellular or other wireless internet connection for the file to send.

## CONCLUSION

8. I submit that this affidavit supports probable cause for the requested complaint.

**Attested to by the applicant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.**

TFO
Michelle C. Crandall, FBI TFO

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on the 28th day of July 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Mitchell J. Katz
United States Magistrate Judge