IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        v.                          Case No.: 3:25-MJ-216 (MJK)

BRENT G. TRIMBELL,
                Defendant.

_____

MICHAEL D. GADARIAN, Assistant United States Attorney
RANDI JUDA BIANCO, Assistant Federal Public Defender for Defendant

MITCHELL J. KATZ, United States Magistrate Judge

ORDER APPROVING WAIVER OF DETENTION HEARING
AND PRELIMINARY HEARING

Defendant has been charged by Criminal Complaint with Sexual Exploitation of a Child, in violation of Title 18 U.S.C. § § 2251(a).  (Dkt. No. 1.)

During an Initial Appearance on July 28th, 2025, the defendant, through counsel, agreed to waive his right to a detention hearing within the time frame required by 18 U.S.C. § 3142(f), and a preliminary hearing.  Defendant reserved his right to renew his application for a detention hearing at a later time. The court explained the nature of a detention hearing to the defendant, and confirmed that he understood his right to a prompt hearing, and the consequences of a waiver of that right.  The court finds that defendant made a knowing, intelligent, and voluntary waiver of his right to the detention hearing and a preliminary hearing, with a full understanding of the consequences thereof. Based upon the foregoing, it is hereby

ORDERED, that defendant's waiver of his right to a detention hearing and a preliminary hearing, without prejudice to renewing his request for a hearing at a later time, is accepted; and it is further

ORDERED, that defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: July 28th, 2025

_____
Mitchell J. Katz
U.S. Magistrate Judge